# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LESLIE WILLIS,                                : No. 62 WM 2018
                                              :
        Petitioner                         :
                                              :
                                              :
        v.                                 :
                                              :
                                              :
COURT OF COMMON PLEAS OF                       :
ALLEGHENY COUNTY, ALLEGHENY                    :
COUNTY DEPARTMENT OF COURT                     :
RECORDS WILLS/ORPHANS' COURT                   :
DIVISION (PROTHONOTARY),                       :
                                              :
        Respondents                        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2018, the Application for Leave to File Original Process and the Amended Application for Leave to File Original Process are GRANTED, to the extent they seek leave to file original process. The Petition to File *Nunc Pro Tunc*, the Application for Declaratory Judgment/Relief, the Petition for Writ of Mandamus, and the Amended Petition for Mandamus are DENIED.